CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
202-307-6484
Virginiacronan.lowe@usdoj.gov

DANIEL BOGDEN
United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN GOLDSMITH, an individual, | Case No. 2:15-cv-02431 RFB GWF |
| Plaintiff, | |
| v. | **MOTION TO AMEND SCHEDULING ORDER** |
| INTERNAL REVENUE SERVICE, a United States Government Entity, | **[First Request]** |
| Defendant. | |

Comes now the defendant, the United States of America, pursuant to Local Rule IA 6-1 and LR 26-4, to hereby request that the Court modify the scheduling order in this case, and states the following in support:

The Court issued a Scheduling Order in this case on April 8, 2016. In accordance with the Court's order, the following deadlines are currently in effect:

        Dispositive Motions        September 21, 2016

        Pre-trial Order        October 21, 2016

1

The parties have completed all discovery in this matter. A hearing on the United States Motion to Dismiss is scheduled for September 22, 2016. The United States requests that the dispositive motion date be continued, if necessary, until 30 days after the Court rules on the Motion to Dismiss. This request is not meant for delay but rather to conserve costs and resources.

Specifically, the United States respectfully requests that the Court amend the Scheduling Order as follows:

| | |
|---|---|
| Dispositive Motions | If necessary, due 30 days after the Court rules on the pending Motion to Dismiss |
| Pre-trial Order | If necessary, due 60 days after the Court rules on the pending Motion to Dismiss |

In the event dispositive motions are filed, the date for filing the proposed joint pre-trial Order shall be suspended until thirty (30) days after decision of the dispositive motion or further Order of the Court.

CAROLINE D. CIRAOLO
Deputy Principal Assistant Attorney General

*/s/ Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

Of counsel:
DANIEL BOGDEN
United States Attorney

*Attorneys for Defendant*

Dated: September 13, 2016

**IT IS SO ORDERED.**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of Setember, 2016, I electronically filed the foregoing **MOTION TO AMEND SCHEDULING ORDER [First Request]** using the CM/ECF system, which will send notification of such filing to the following:

Jonathan B. Goldsmith, Esq. at jonathan@vegaslawsite.com

　　　　　　　　　　　　　　　　　　*/s/ Virginia Cronan Lowe*
　　　　　　　　　　　　　　　　　　VIRGINIA CRONAN LOWE
　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　United States Department of Justice

1